■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK HOUGHTALING, Appellant. [702 NYS2d 876] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (J. Leone, J.), rendered December 4, 1996, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the complainant was mistaken in identifying him as one of the men who robbed him is without merit. Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, resolution of issues of credibility, including those involving eyewitness identification testimony, are questions to be determined by the jury, which saw and heard the witness. Its determination should be accorded great weight on appeal and will not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Bracken, Joy and H. Miller, JJ., concur.